UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
JEREMY DON CHAVEDO  
    Debtor(s)

Case No: 19-11459-BPC  
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

    The debtor's Chapter 13 case was filed on August 31, 2019. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Wednesday, November 6, 2019, and on that date the Court ordered the plan confirmed.

    Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | JEREMY DON CHAVEDO | DFAS-ZPV-CIVILIAN PAY | 577.00 | BI-WEEKLY | 09/30/2019 |

   Period of payments: 58 months or until a 'POT' of $6,350.00 is paid to unsecured creditors.

   Payable to: **Chapter 13 Trustee**  
   **P. O. Box 613108**  
   **MEMPHIS TN  38101-3108**

2. Senior expenses and Administrative claims to be paid:

   ### ADMINISTRATIVE EXPENSES

   | | | |
   |---|---|---|
   | Debtor's Attorney | Attorney's Fee Allowed | $3,750.00 |
   | Chapter 13 Trustee | Notice Fee @ $.50 per copy | $1.00 |
   | Chapter 13 Trustee | Trustee Administrative Fee | $20.82 |
   | Clerk of Court | Filing Fee | $310.00 |

   ### SECURED, PRIORITY AND SPECIAL CLAIMS

   **Secured**

   | Creditor | 910/365 | Collateral Value | Interest | Payment |
   |---|---|---|---|---|
   | ALLY BANK | Y | $29,250.00 | 6.25 % | $985.00 |
   | PERFORMANCE FINANCE | Y | $3,070.00 | 6.25 % | $90.00 |

In re                                               Case No: 19-11459-BPC
JEREMY DON CHAVEDO                                  Chapter 13
        Debtor(s)

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Thursday, November 7, 2019.                */s/ Sabrina L. McKinney*
                                           Sabrina L. McKinney
                                           Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Thursday, November 7, 2019.

                                           */s/ Sabrina L. McKinney*
                                           Sabrina L. McKinney
                                           Chapter 13 Standing Trustee