# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                            Case No. 19−11459  
                                                                  Chapter 13  
Jeremy Don Chavedo ,

      Debtor.

## ORDER CONFIRMING PLAN

      The debtor's plan filed on October 11, 2019, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

      It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

      It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated November 10, 2019

Bess M. Parrish Creswell  
United States Bankruptcy Judge