UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 19–11459
 Chapter 13
Jeremy Don Chavedo ,

    Debtor.

## ORDER

This case is before the court on the following matter:

*31* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation . filed by Andrew D. Poston on behalf of Jeremy Don Chavedo. Responses due by 03/30/2020. (Attachments: # 1 Amended Plan) (Poston, Andrew)

It appears that notice has been given pursuant to L.B.R. 9007–1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated April 7, 2020

Bess M. Parrish Creswell
United States Bankruptcy Judge