IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JEREMY DON CHAVEDO,** | * | **CASE NO. 19-11459-BPC** |
| | * | |
| | * | |
| **Debtors.** | * | **CHAPTER 13** |

**Pursuant to local rule 9007-1, this motion will be taken under advisement by the court and may be granted unless a party in interest files a response within 21 days of the date of service. Responses must be served upon the moving party and, in the manner directed by local rule 5005-1, filed with the clerk electronically or by U.S. mail addressed as follows: Clerk, U.S. Bankruptcy Court, One Church Street, Montgomery, AL 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
Use Sell or Lease pursuant 6004(a) (not 6004(c))

## MOTION TO SELL AUTOMOBILE

COMES NOW the debtor, by and through the undersigned, and moves this Honorable Court to approve the sale of his 2008 V-Star 1300 motorcycle ("the vehicle"). As grounds for this motion, the debtor would show unto the Court as follows:

1. The debtor filed for relief under Chapter 13 of the Bankruptcy Code on August 31, 2019.

2. At the time of filing the bankruptcy case, the debtor disclosed the vehicle as an asset on Schedule A/B with a value of $3,070.00.

3. Performance Finance is the lienholder on the vehicle.

4. The debtor has obtained equity in the vehicle due to the amount paid on Performance Finance's claim by the Chapter 13 Trustee. Specifically, the total amount of Performance Finance's Claim No. 3 was $4,036.02. Upon information and belief, the current payoff due Performance Finance is approximately $0.00.

5. Since filing the bankruptcy case, the lienholder has issued a clear title to the debtor. *See* attached title attached hereto as Exhibit "1."

6. The debtor proposes to sell the vehicle for the amount of $2,400.00. *See* attached

1

purchase and sales agreement attached hereto as Exhibit "2."

7. From the proceeds of the sale, the debtor proposes to pay cash for a vehicle for his child.

WHEREFORE, the debtor respectfully requests this Honorable Court enter an order approving the sale of the vehicle, and for such other and different relief that the Court deems just and appropriate.

RESPECTFULLY SUBMITTED this 26th day of August, 2020.

BROCK & STOUT

/s/ Casey Taylor
Casey Taylor {TAY104}
Attorney for Debtor
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX
bankruptcy@brockandstoutlaw.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the following by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 26th day of August, 2020.

| | |
|---|---|
| Danielle Greco<br>Bankruptcy Administrator<br>ba@almb.uscourts.gov | Sabrina L. McKinney<br>Chapter 13 Trustee<br>Trustees_office@ch13mdal.org |
| *All Creditors*<br>(See Attached Matrix) | |

/s/ Casey Taylor
Casey Taylor {TAY104}
Attorney for Debtor